UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO 8:18-CV-952-T-26AEP

LEAH HUFF,
individually and on behalf of all others similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

BJK CLEANING SERVICE, LLC.,

*Defendant.*

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Leah Huff, and Defendant, BJK Cleaning Service, LLC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:

1. This action and all claims contained therein is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs, except as set forth in the Parties' settlement agreement.

3. The Court retains jurisdiction to enforce the terms of the Parties' settlement agreement.

Date:   October 3, 2018

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

*/s/ Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No. 101754
*efilings@sflinjuryattorneys.com*
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

*Counsel for Plaintiff*

*/s/ Carlos Bonilla*
Carlos Bonilla, Esq.
Florida Bar No: 0588717

*Counsel for Defendant.*

### CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*s/ Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No. 101754
*efilings@shamisgentile.com*
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915